IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY NELSON NELMS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00649 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LARRY T. EDMONDS, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Nelms' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as untimely filed and this case is **STRICKEN** from the active docket of the court.

Further, finding that Nelms has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

Entered: February 2, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge